

## MOTION DOCKET

**87-23.** Hohman v. Wentsler. *Summit County,* No. 12527. Reported at 35 Ohio St. 3d 195, 519 N.E. 2d 395. On motion to tax as costs. Motion granted.

**88-605.** Cleveland Elec. Illum. Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 85-521-EL-COI. On motions for leave to intervene of Toledo Edison Co. and Office of Consumers' Counsel. Motions granted.

**88-793.** Brown v. Liberty Clubs, Inc. *Warren County,* No. CA87-05-040. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**88-813.** Ohio Edison Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 85-521-EL-COI. On motion for leave to intervene of Office of Consumers' Counsel. Motion granted.

Holmes, J., dissents.

**88-827.** Concerned Citizens of Lake Cty. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 85-521-EL-COI. On motion for leave to intervene of Office of Consumers' Counsel. Motion granted.

Holmes, J., dissents.

**88-872.** Toledo Edison Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-105-EL-EFC. On motion for leave to intervene of Office of Consumers' Counsel. Motion granted.

Holmes, J., dissents.

**88-952.** Woodfork v. Russell. *Allen County,* No. 1-88-26. On motion for leave to file brief instanter. Motion granted. On motion to expedite. Motion granted.

**88-1009.** Cook v. Mayfield. *Miami County,* No. 86-CA-23. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1050.** Cleveland Elec. Illum. Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-108-EL-EFC. On motion to consolidate with 87-1886, *Cleveland Elec. Illum. Co. v. Pub. Util Comm.,* No. 86-05-EL-EFC. Motion granted.

Holmes, J., dissents.

**88-1064.** Cleveland v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 86-2025-EL-AIR. On motion for leave to intervene of Cleveland Elec. Illum. Co. Motion granted.

**88-1065.** Senior Citizens Coalition v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 86-2025-EL-AIR. On motion for leave to intervene of Cleveland Elec. Illum. Co. Motion granted.

Holmes, J., dissents.

**88-1224.** Consumers' Counsel v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 86-2026-EL-AIR. On motion for leave to intervene of Toledo Edison Co. Motion granted.

Holmes, J., dissents.

**88-1225.** Consumers' Counsel v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 86-2025-EL-AIR. On motion for leave to intervene of Cleveland Elec. Illum. Co. Motion granted.

Holmes, J., dissents.

**88-1258.** State v. Grewell. *Coshocton County,* No. 87-CA-18. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted. On motion for leave to file supplemental appendix instanter. Motion granted.

Moyer, C.J., dissents.